UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CLARENCE B. PENN, JR.,                )
                                      )
            Plaintiff,                )
                                      )     **JUDGMENT IN A CIVIL CASE**
      v.                              )
                                      )     **CASE NO. 4:16-CV-244-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,                   )
                                      )
            Defendant.                )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 22]. Plaintiffs motion for judgment on the pleadings [D.E. 15] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 19] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on August 21, 2017, and Copies To:**

| | |
|---|---|
| Kristin Gordon | (via CM/ECF electronic notification) |
| Christian M. Vainieri | (via CM/ECF electronic notification) |

DATE:                              PETER A. MOORE, JR., CLERK
August 21, 2017                    (By) /s/ Nicole Briggeman
                                   Deputy Clerk